IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VINCENT HARPER,

    Petitioner,

v.                                         CASE NO. 1:06-cv-00254-MP-AK

JAMES R. MCDONOUGH,

    Respondent.

_____/

## O R D E R

This cause is before the Court on Doc. 29, Petitioner's motion for voluntary dismissal of his petition for writ of habeas corpus. The Court fully apprised Petitioner of the potential consequences of dismissing this action, Doc. 30, and Petitioner now advises the Court that he wishes to proceed with the dismissal in any event. Under these circumstances, the Court finds the motion for voluntary dismissal is well taken, and it is **GRANTED**. This cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this  *13th*  day of February, 2008.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**